**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ALESKA JAMALY BONILLA CONFORME,** | § § § | |
| **Petitioner,** | § § | |
| **v.** | § § | **CAUSE NO. EP-26-CV-263-KC** |
| **MARY DE ANDA-YBARRA et al.,** | § § § | |
| **Respondents.** | § | |

**<u>FINAL JUDGMENT</u>**

On this day, the Court considered the case.  On February 11, 2026, the Court granted in part Aleska Jamaly Bonilla Conforme's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision.  Feb. 11, 2026, Order 6, ECF No. 4.  Respondents have now informed the Court that an Immigration Judge ("IJ") ordered Bonilla Conforme released on a $5,000.00 bond and "ATD at DHS' discretion."  Advisory, ECF No. 5; *see id* Ex. A ("IJ Order") at 1, ECF No. 5-1.  As of February 18, Bonilla Conforme had not yet posted bond and remained in custody.  Advisory.

It appears that the only remaining matter to be resolved in this case is Bonilla Conforme's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA").  *See* Pet. 28, ECF No. 1; *see generally* Feb. 11, 2026, Order.  However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA.  *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

2

Accordingly, **the Clerk shall close the case**.  To the extent Bonilla Conforme wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 19th day of February, 2026.**

KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE

2